```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 51072
   SHERMAN BOOKER
   ODESSA BOOKER                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-5914     SSN XXX-XX-5346

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/19/2003 and was confirmed 03/04/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  13.63% from remaining funds.

     The case was paid in full 08/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED           5700.43          1191.19         5700.43
BANK ONE DELAWARE         UNSECURED OTH     2733.11             .00           372.69
ECAST SETTLEMENT CORP     UNSECURED         5118.45             .00           697.80
HARRIS BANK CARD SERV     UNSECURED        NOT FILED            .00              .00
ECAST SETTLEMENT CORP     UNSECURED         1287.71             .00           175.55
ECAST SETTLEMENT CORP     UNSECURED         5915.87             .00           806.51
ECAST SETTLEMENT CORP     UNSECURED         3731.19             .00           508.67
SPIEGEL                   UNSECURED        NOT FILED            .00              .00
CARD SERVICE CENTER       UNSECURED         1050.40             .00           143.20
DAIMLER CHRYSLER FINANCI  NOTICE ONLY           .00             .00              .00
ECAST SETTLEMENT CORP     UNSECURED         1334.05             .00           181.87
ERNESTO D BORGES JR       DEBTOR ATTY      2,400.00                          2,400.00
TOM VAUGHN                TRUSTEE                                              679.09
DEBTOR REFUND             REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 12,857.00

PRIORITY                                           .00
SECURED                                       5,700.43
    INTEREST                                  1,191.19
UNSECURED                                     2,886.29
ADMINISTRATIVE                                2,400.00
TRUSTEE COMPENSATION                            679.09
DEBTOR REFUND                                      .00
                        --------------       --------------
TOTALS                  12,857.00             12,857.00



                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 03 B 51072 SHERMAN BOOKER & ODESSA BOOKER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                        /s/ Tom Vaughn

Dated: 11/29/07                        _____
                                                    TOM VAUGHN
                                                    CHAPTER 13 TRUSTEE